UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

In Re:
CONVERGENT OUTSOURCING, INC.
TELEPHONE CONSUMER PROTECTION          MASTER DKT. NO.: 3:13-MD-02478-AWT
ACT LITIGATION                          MDL NO.: 2478
_____

STEVE SCHNECK,

   Plaintiff,

-vs-                                    Civ No.: 3:16-cv-01548-AWT

CONVERGENT OUTSOURCING, INC.,

  Defendant.                              JANUARY 29, 2018
_____/

**JOINT MOTION TO EXTEND DEADLINES
TO COMPLETE DISCOVERY AND FILE DISPOSITIVE MOTIONS**

Defendant, Convergent Outsourcing, Inc. ("Defendant"), and Plaintiff Steve Schneck ("Plaintiff") respectfully request a 45-day extension of time to complete discovery and a 30-day extension of time to file summary judgment. Pursuant to the Court's October 27, 2017 Order (ECF No. 21) (the "Order"), currently depositions and all discovery must be completed by January 31, 2018, and dispositive motions must be filed by March 5, 2018. The parties request that the Court extend the deadline to conduct depositions and complete discovery to March 17, 2018. The parties further request that eh Court extend the deadline to file summary judgment motions to April 4, 2018. This is the parties' second request to extend these discovery deadlines. *The parties will not seek another extension of these deadlines*.

As discussed below, the parties are engaged in good faith settlement discussions to resolve the matter. Further, the parties are working amicably regarding discovery, and are

making a good-faith effort to resolve any issues regarding discovery without the Court's assistance. However, due to scheduling conflicts, the parties require additional time to complete discovery and depositions. This extension of time will give the parties sufficient time to work through outstanding issues, convene depositions, continue discussing settlement, and defend their interests in this case. As such, there is a good cause to extend the deadlines in this case.

    WHEREFORE, the parties respectfully request that the requested extension be granted.

Respectfully submitted,

PLAINTIFF,

STEVE SCHNECK

BY    */s/Nathan D. Sturycz*
Nathan D. Sturycz
Sturycz Law Group
100 N. Main St., Suite 11
Edwardsville, IL 62025
877-314-3223
Email: nathan@swattslaw.com

DEFENDANT,

CONVERGENT OUTSOURCING, INC.

BY    */s/Thomas C. Blatchley*
   Thomas C. Blatchley (ct421851)
   Allison J. Fernandez (*Pro Hac Vice*)
   Gordon & Rees LLP
   95 Glastonbury Boulevard, Ste. 206
   Glastonbury, CT 06033
   Phone: (860) 494-7554
   Email: afernandez@grsm.com
        tblatchley@grsm.com
   Its Attorneys

## CERTIFICATION OF SERVICE

I hereby certify that on January 29, 2018, the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document through the court's CM/ECF System.

BY  */s/Mary Joyce Cusano*
Mary Joyce Cusano